IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PHILIP GOODWYN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-893-WKW |
| | ) | |
| V RESTAURANTS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the Defendants' Motion for District Court's Reconsideration of Summary Judgment (Doc. #3) filed on December 4, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on December 20, 2006.

It is further ORDERED that the Plaintiffs file a response which shall include a brief and any evidentiary materials on or before December 13, 2006. The Defendants may file a reply brief on or before December 20, 2006.

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. The paper courtesy copy shall be bound in a three-ring binder and tabbed for those submissions (including briefs and evidentiary materials) that exceed 25 pages**

DONE this the 6th day of December, 2006.

                                        /s/  W.  Keith Watkins
                                  UNITED STATES DISTRICT JUDGE