# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>PHILLIP GOODWYN,<br>DEBTOR,<br><br>SIMPLE PLEASURES, INC.,<br>PLAINTIFF,<br><br>V.<br><br>V. RESTAURANTS, INC.,<br>DEFENDANT. | CIVIL CASE NUMBER<br>2:06-CV-893-WKW |

## MOTION TO EXTEND TIME TO FILE REPLY BRIEF

**COMES NOW** V Restaurants, Inc. and Vince Saele, Defendants in the above styled action, by and through their attorney of record, and moves this Honorable Court to extend the deadline for filling the reply brief by stating the following:

1. This Honorable Court set the deadline for filing a reply brief for December 20, 2006.

2. Due to the sudden illness of an associate attorney in the office our office was unable to prepare the reply brief and have it filed by December 20, 2006.

3. This absence caused an additional workload on the undersigned and the subject reply brief was not filed as required. The Defendant requests and an additional seven (7) days in which to file the reply brief.

**WHEREFORE,** the premises considered counsel for the Defendants prays this Honorable Court will extend the deadline for filing a reply brief by seven (7) days.

**RESPECTFULLY SUBMITTED** this the 21st day of December, 2006.

**/s/ Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V RESTAURANTS, INC AND VINCE SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX              334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Extend Time to File reply Brief by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 21st day of December, 2006.

                                             **/s/ Daniel G. Hamm**

                                             DANIEL G. HAMM (HAM043)
                                             ATTORNEY FOR DEFENDANTS, V RESTAURANTS, INC AND VINCE SAELE
                                             560 S. MCDONOUGH ST., STE. A
                                             MONTGOMERY, ALABAMA 36104
                                             TELEPHONE   334-269-0269
                                             FAX         334-323-5666

Von Memory
James Day
469 S. McDonough Street
Montgomery, Alabama 36104