IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILIP GOODWYN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-893-WKW |
| ) | |
| V RESTAURANTS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the Motion to Extend Time to File Reply Brief filed by the defendants on December 21, 2006 (Doc. # 7), it is hereby

ORDERED that the motion is GRANTED. The defendants' deadline for filing a reply brief is hereby EXTENDED from December 20, 2006, to December 27, 2006.

DONE this the 21st day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE