# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUSAN S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>V RESTAURANTS, INC., an Alabama corporation, and VINCE SAELE, an individual,<br><br>    Defendants. | Case Number: 06-00893-WKW-SRW<br><br><br><br>Bankruptcy Case No. 05-32325 – Chapter 7, Bankruptcy Adv. Pro. No. 05-03062-WRS |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiff, Susan S. DePaola, by and through counsel, in accordance with the court's scheduling order, October 5, 2006, and says as follows:

1. The parties have met, face to face, pursuant to the court's pretrial order for settlement negotiations and have reached the determination that they cannot settle this case.

2. In fact, the positions and expectations of the parties are so far apart, that settlement, at this time, is impossible.

3. Further, it is the belief of counsel for the Plaintiff that mediation will not assist the parties in reaching a settlement. However, the Plaintiff would agree to submit to mediation.

Respectfully submitted on February 14, 2007.

                                        Memory & Day

           By: /S/ Von G. Memory
              Von G. Memory
              ASB-8137-071V

              James L. Day
              ASB-1256-A55J

              Attorneys for Plaintiff

OF COUNSEL:

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

  I hereby certify that I have this date served a copy of the foregoing document on the following, by:

  ☒ placing same in the United States Mail, postage prepaid, and properly addressed

  ☒ E-mail

  ☐ facsimile

  ☐ hand delivery

  ☐ delivered in open court

on February 14, 2007.

D. Coleman Yarbrough, Esq.
2860 Zelda Rd.
Montgomery, AL 36106

Daniel G . Hamm, Esq.
560 South McDonough St.
Montgomery, Alabama 36104

              /S/Von G. Memory
              OF COUNSEL