IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **SUSAN S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**V RESTAURANTS, INC., an Alabama corporation, and VINCE SAELE, an individual,**<br><br>    **Defendants.** | Case Number: 06-00893-WKW-SRW<br><br><br>Bankruptcy Case No. 05-32325 – Chapter 7, Bankruptcy Adv. Pro. No. 05-03062-WRS |

**PLAINTIFF'S PRETRIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26 (A) (3)**

COMES NOW the Plaintiff, Susan S. DePaola, by and through counsel, in accordance with the court's scheduling order, October 5, 2006, and submits the following witnesses whose testimony is expected to be presented by means of deposition:

Edgar H Fatzinger, III, 2870 Zelda Road, Montgomery, AL  36106

Deposition of Edgar H Fatzinger, III, May 23, 2005 Extracts, pages 26 (lines 1 – 23), 28 (lines 19 – 21 ), 36 (lines 2 – 22), page 39 (lines 3 – 20), 43 (lines 2 – 10), 45 (lines 1 – 23), 46 (lines 1 – 23), 47 (lines 1 – 20), 49 (lines 1 – 18), 50 (lines  1 – 23), 51 (lines 1 – 23), 52 (lines 1 – 23), 53 (lines 1 – 23), 54 (lines 1 – 23 ), 55 (lines 1 – 23), 56 (lines 1 – 23), 57 (lines 1 – 23), 58 (lines 1 – 23), 59 (lines 1 – 23), 60 (lines 1 – 23), 61 (lines 1 – 23), 62 (lines 1 – 23), 63 (lines 1 – 23), 64 (lines 1 – 9), 65 (lines 15 – 20), 69 (lines 16

– 23), 70 (lines 1 – 13), 71 (lines 5 – 23), 72 (lines 1 – 23), 73 (lines 1 – 10), 74 (lines 3 – 23), 75 (lines 1 – 10)

Respectfully submitted on February 14, 2007.

                    Memory & Day

By:   /S/ James L. Day
        James L. Day
        ASB-1256-A55J

Von G. Memory
ASB-8137-071V

Attorneys for Plaintiff

OF COUNSEL:

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☑ placing same in the United States Mail, postage prepaid, and properly addressed

☑ E-mail

☐ facsimile

☐ hand delivery

☐ delivered in open court

on February 14, 2007.

D. Coleman Yarbrough, Esq.
2860 Zelda Rd.
Montgomery, AL 36106

- 3 -

Daniel G. Hamm, Esq.
560 South McDonough St.
Montgomery, Alabama 36104

/S/James L. Day

- 3 -