IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUSAN S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>V RESTAURANTS, INC., an Alabama corporation, and VINCE SAELE, an individual,<br><br>    Defendants. | Case Number: 06-00893-WKW-SRW<br><br><br><br>Bankruptcy Case No. 05-32325 – Chapter 7, Bankruptcy Adv. Pro. No. 05-03062-WRS |

**PLAINTIFF'S PRETRIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26 (A) (3)**

COMES NOW the Plaintiff, Susan S. DePaola, by and through counsel, in accordance with the court's scheduling order, October 5, 2006, and submits the following exhibit list:

<u>Exhibits and other Materials</u>.

\#

1  Petition, Schedules and Disclosures, Bankruptcy Case of Philip Goodwyn, Case Number 05-32325

2  Commercial Lease, May 17, 1996

3  Lease Modification Agreement, February 1, 1999

4  Lease Draft July 26, 2001

5  Commercial Lease, July 26, 2001

6  Commercial Lease (V Restaurants, Inc.), September 20, 2004

7   Commercial Lease (V Restaurants, Inc.), November 10, 2004

8   Legal Notice Concerning Notice of Public Sale

9   Legal Notice

10  Bill of Sale

11  Undated Letter to Ed H. Fatzinger, III, from Philip Goodwyn

12  Letter from Ed H. Fatzinger, III, to Philip Goodwyn, September 1, 2004

13  Letter from Ed H. Fatzinger, III, to Philip Goodwyn, November 4, 2004

14  Regions Bank Loan Documents

15  Regions Bank Commercial Security Agreement

16  Letter from Von G. Memory to Robert Smith, October 11, 2004

17  Undated Letter from Robert L. Smith to Von G. Memory

18  Case File: Regions Bank vs. Simple Pleasures Inc D/B/A Gators Plaza Cafe & Philip Goodwyn, Case Number: CV 2005-1976

19  Case File: American Bass Anglers, Inc., et al., v. Gators Plaza Café, et al., Case Number CV 2004-247

20  Letter from Von G. Memory to Philip Goodwyn with Internal Revenue Service abstract

21  Notice of Levy (July 14, 2005)

22  Letter from Von G. Memory to L. C. Wilson, Internal Revenue Service

23  Letter from Von G. Memory to L.C. Wilson, September 10, 2004 with Application for Certificate of Discharge from Federal Tax Lien

24  Letter from Von G. Memory to L. C. Wilson, September 28, 2004

25  Internal Revenue Service File of Philip Goodwyn and Simple Pleasures

26  Notice of Internal Revenue Service Certificate of Discharge and Release of Lien

27  Notice of Levy and Taxpayer Rights, July 8, 2006

28  Proof of Claim, Internal Revenue Service

29  Notice of Release of Levy

30  Memorandum of Understanding, September 24, 2004

31  Correspondence and Contract for Sale (October 18, 2004)

32  Undated Draft of Asset Purchase Agreement and Business Lease

33  Draft Contract for Sale, September 24, 2004

34  Equipment List, Undated

35    Equipment List, December 31, 1996 – January 31, 2003

36    Equipment List, Undated

37    History of Rent Payments

38    Letter from Robert J. Russell, Jr. to Von G. Memory, November 30, 2004

39    Spectrum Vaughn Plaza Responses to Plaintiff's Interrogatories

40    Affidavit of Edgar H Fatzinger, III, July 27, 2005

41    All documents on the Defendants' Pre-Trial Disclosure list;

42    All documents provided in discovery from Defendants

43    Any documents needed for rebuttal

      Respectfully submitted on February 14, 2007.

                                     Memory & Day

                    By:    /S/ James L. Day
                           James L. Day
                           ASB-1256-A55J

                           Von G. Memory
                           ASB-8137-071V

                           Attorneys for Plaintiff

OF COUNSEL:

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

     I hereby certify that I have this date served a copy of the foregoing document on the following, by:

     ☒ placing same in the United States Mail, postage prepaid, and properly addressed

     ☒ E-mail

     ☐ facsimile

- 4 -

☐ hand delivery

☐ delivered in open court

on February 14, 2007.

D. Coleman Yarbrough, Esq.
2860 Zelda Rd.
Montgomery, AL 36106

Daniel G . Hamm, Esq.
560 South McDonough St.
Montgomery, Alabama 36104

/S/James L. Day

- 4 -