IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUSAN S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>V RESTAURANTS, INC., an Alabama corporation, and VINCE SAELE, an individual,<br><br>   Defendants. | Case Number: 06-00893-WKW-SRW<br><br><br><br>Bankruptcy Case No. 05-32325 – Chapter 7, Bankruptcy Adv. Pro. No. 05-03062-WRS |

**PLAINTIFF'S PRETRIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26 (A) (3)**

     COMES NOW the Plaintiff, Susan S. DePaola, by and through counsel, in accordance with the court's scheduling order, October 5, 2006, and submits the following witnesses that plaintiff expects to present testimony:

    A. WITNESSES

    1.  <u>Witnesses that Plaintiff Expects to Present Testimony</u>.

Philip Goodwyn
1533 Gilmer Ave.
Montgomery, AL 36104
(334) 269-2649

Robert Russell
Parnell & Crum
641 S Lawrence St
Montgomery, AL 36104
(334) 832-4200

Marquis Belcher
3001 Carter Hill Rd.
Montgomery, AL 36111
Telephone Number Unknown

Susan DePaola
Chapter 7 Trustee
1726 West Second St. STE B
Montgomery, Alabama  36106
(334) 262-1600

L.C. Wilson
Internal Revenue Service
1285 Carmichael Way
Montgomery, AL 36106
(334) 290-4013

Robert L. Smith, Jr.
Regions Bank, Special Assets Department
P.O. Box 511
Montgomery, AL 36101-0511
(334) 956-6134

2. Witnesses to be Called if the Need Arises.

Edgar H Fatzinger, III, 2870 Zelda Road, Montgomery, AL  36106

Any witness whose testimony may be needed for authentication;

Any custodian necessary to produce any relevant record or any witness whose

testimony may be needed for authentication purposes;

Any witness necessary for rebuttal or impeachment purpose;

Any witness named in the Defendants' witness list;

The Plaintiff reserves the right to supplement the witness list;

Respectfully submitted on February 14, 2007.

                              Memory & Day

        By:    /S/ James L. Day
                 James L. Day
                 ASB-1256-A55J

                 Von G. Memory
                 ASB-8137-071V

                 Attorneys for Plaintiff

OF COUNSEL:

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☒ placing same in the United States Mail, postage prepaid, and properly addressed

☒ E-mail

☐ facsimile

☐ hand delivery

☐ delivered in open court

- 3 -

- 4 -

on February 14, 2007.

D. Coleman Yarbrough, Esq.
2860 Zelda Rd.
Montgomery, AL 36106

Daniel G . Hamm, Esq.
560 South McDonough St.
Montgomery, Alabama 36104

/S/James L. Day