# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| SUSAN S. DEPAOLA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF PHILIP L. GOODWYN AND SIMPLE PLEASURES, INC., | CASE NO.: 2:06-CV-00893-WKW |
| PLAINTIFFS, | (BANKRUPTCY CASE NO. 05-32325-CHAPTER 7) |
| V | |
| V. RESTAURANTS, INC., AND VINCE SAELE, | (BANKRUPTCY ADV. PRO. NO. 05-03062-WRS) |
| DEFENDANTS. | |

## PRETRIAL DISCLOSURES

**COME NOW** Vince Saele and V Restaurants, Inc., defendants in the above styled matter, by and through their attorney of record, and makes the following pretrial disclosures pursuant to Rule 26(a)(3), Federal rules of Civil Procedure.

(A) Witnesses Expected to be called at trial:

    Vince Saele
    5040 Vaughn Road
    Montgomery, Alabama 36116

    Robert Russell
    Parnell & Crum
    641 S Lawrence St
    Montgomery, Alabama 36104

    Ed Fatzinger
    2835 Zelda Road
    Montgomery, Alabama 36106

       Phillip Goodwyn
       1533 Gilmer Avenue
       Montgomery, Alabama 36106

       Witnesses are expected to testify to the facts and circumstances surrounding the acquisition of Gators Restaurant from the Plaintiffs by the Defendants. Mr. Russell is expected to testify to the facts and circumstances surrounding the proposed sales transaction. Defendants reserves the right to call as a witness any individual identified by any other party to these proceedings.

(B) Witnesses whose testimony may be presented by deposition:

       Vince Saele

(C) Exhibits

       All documents appended as exhibits to previously filed Motions for Summary Judgment will be used at trial.

       All documents produced in response to plaintiff's Request for Production in this case.

       All depositions of any witness taken in this case.

       Correspondence and notes that remained on the computer left at Gator's Restaurant following the departure of the plaintiff.

       **RESPECTFULLY SUBMITTED** this the 14th day of February, 2007.


                                    /s/ Daniel G. Hamm

                                    DANIEL G. HAMM (HAM043)
                                    ATTORNEY FOR DEFENDANTS, V RESTAURANTS, INC AND VINCE SAELE
                                    560 S. MCDONOUGH ST., STE.A
                                    MONTGOMERY, ALABAMA 36104
                                    TELEPHONE     334-269-0269
                                    FAX                   334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Pretrial Disclosures by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 14th day of February, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V
RESTAURANTS, INC AND VINCE
SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Von Memory
James Day
469 S. McDonough Street
Montgomery, Alabama 36104