# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| SUSAN S. DEPAOLA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF PHILIP L. GOODWYN AND SIMPLE PLEASURES, INC., <br><br> PLAINTIFFS, <br><br> V <br><br> V. RESTAURANTS, INC., AND VINCE SAELE, <br><br> DEFENDANTS. | CASE NO.: 2:06-CV-00893-WKW <br><br> (BANKRUPTCY CASE NO. 05-32325-CHAPTER 7) <br><br> (BANKRUPTCY ADV. PRO. NO. 05-03062-WRS) |

## PRETRIAL DISCLOSURES

**COME NOW** Vince Saele and V Restaurants, Inc., defendants in the above styled matter, in accordance with this Honorable Court's Order dated October 5, 2006 and submits the following exhibit list pursuant to Rule 26(a)(3), Federal Rules of Civil Procedure.

Exhibits

1. All documents appended as exhibits to previously filed Motions for Summary Judgment will be used at trial.

2. All documents produced in response to plaintiff's Request for Production in this case.

3. All depositions of any witness taken in this case.

4. Correspondence and notes that remained on the computer left at Gator's Restaurant following the departure of the plaintiff.

5. All documents on the Plaintiff's Pretrial Disclosure list.

6. All documents provided in discovery by the Plaintiffs.

7. Any documents needed for rebuttal.

**RESPECTFULLY SUBMITTED** this the 14th day of February, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V
RESTAURANTS, INC AND VINCE
SAELE
560 S. MCDONOUGH ST., STE.A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Pretrial Disclosures by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 14th day of February, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V
RESTAURANTS, INC AND VINCE
SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX               334-323-5666

Von Memory
James Day
469 S. McDonough Street
Montgomery, Alabama 36104