# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| SUSAN S. DEPAOLA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF PHILIP L. GOODWYN AND SIMPLE PLEASURES, INC., <br><br> PLAINTIFFS, <br><br> V <br><br> V. RESTAURANTS, INC., AND VINCE SAELE, <br><br> DEFENDANTS. | CASE NO.: 2:06-CV-00893-WKW <br><br> (BANKRUPTCY CASE NO. 05-32325-CHAPTER 7) <br><br> (BANKRUPTCY ADV. PRO. NO. 05-03062-WRS) |

## PRETRIAL DISCLOSURES

**COME NOW** Vince Saele and V Restaurants, Inc., defendants in the above styled matter, in accordance with this Honorable Court's Order dated October 5, 2006 and submits the following witness list pursuant to Rule 26(a)(3), Federal Rules of Civil Procedure.

(A) Witnesses Expected to be called at trial:

Vince Saele
5040 Vaughn Road
Montgomery, Alabama 36116

Robert Russell
Parnell & Crum
641 S Lawrence St
Montgomery, Alabama 36104

Ed Fatzinger
2835 Zelda Road
Montgomery, Alabama 36106

Phillip Goodwyn
1533 Gilmer Avenue
Montgomery, Alabama 36106

Witnesses are expected to testify to the facts and circumstances surrounding the acquisition of Gators Restaurant from the Plaintiffs by the Defendants. Mr. Russell is expected to testify to the facts and circumstances surrounding the proposed sales transaction. Defendants reserves the right to call as a witness any individual identified by any other party to these proceedings.

Any witness named on the Plaintiff's witness list.

The Defendant's reserve the right to supplement the witness list.

**RESPECTFULLY SUBMITTED** this the 14th day of February, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V
RESTAURANTS, INC AND VINCE
SAELE
560 S. MCDONOUGH ST., STE.A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Pretrial Disclosures by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 14th day of February, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V
RESTAURANTS, INC AND VINCE
SAELE
560 S. MCDONOUGH ST.,STE.A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Von Memory
James Day
469 S. McDonough Street
Montgomery, Alabama 36104