# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| SUSAN S. DEPAOLA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF PHILIP L. GOODWYN AND SIMPLE PLEASURES, INC., | CASE NO.: 2:06-CV-00893-WKW |
| PLAINTIFFS, | (BANKRUPTCY CASE NO. 05-32325-CHAPTER 7) |
| V | |
| V. RESTAURANTS, INC., AND VINCE SAELE, | (BANKRUPTCY ADV. PRO. NO. 05-03062-WRS) |
| DEFENDANTS. | |

## DEFENDANT'S CORRECTED NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

**COME NOW** Vince Saele and V Restaurants, Inc., defendants in the above styled matter, in accordance with this Honorable Court's Order dated October 5, 2006 and file a correction to the Plaintiff's Notice Concerning Settlement Conference and Mediation by stating the following:

1. The pleading filed by the Plaintiff states in part "…it is the belief of counsel for the Plaintiff that mediation will not assist the parties in reaching a settlement. However, the Plaintiff would agree to submit to mediation."

2. Defendants made a settlement offer to Plaintiffs and never received a response to same.

3. Defendants do not foreclose the possibility of resolving this matter in mediation.

**RESPECTFULLY SUBMITTED** this the 16th day of February, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V RESTAURANTS, INC AND VINCE SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX              334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Defendant's Corrected Notice Concerning Settlement Conference and Mediation by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 16th day of February, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V RESTAURANTS, INC AND VINCE SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX              334-323-5666

Von Memory
James Day
469 S. McDonough Street
Montgomery, Alabama 36104