IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> V RESTAURANTS, INC., and VINCE SEALE, <br><br> Defendants. | Case No. 2:06-cv-00893-WKW <br><br> (Bankruptcy Case No. 05-32325-Chapter 7) <br><br> (Bankruptcy Adv. Pro. No. 05-03062-WRS) |

## ORDER

Upon consideration of the defendants' Motion for Reconsideration (Doc. # 3), it is ORDERED that the motion is DENIED.

DONE this 5th day of March, 2007.

                                                /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE