IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSan S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC., </br></br>Plaintiffs,</br></br>v.</br></br>V RESTAURANTS, INC., and VINCE SEALE,</br></br>Defendants. | Case No.  2:06-cv-00893-WKW</br></br>(Bankruptcy Case No. 05-32325-Chapter 7)</br></br>(Bankruptcy Adv. Pro. No. 05-03062-WRS) |

**ORDER**

Upon consideration of the defendants' Motion to Set Aside Pretrial Order (Doc. # 24), it is ORDERED that the motion is GRANTED.  The court's March 5, 2007 pretrial order (Doc. # 23) is VACATED.

DONE this 8th day of March, 2007.

                                    /s/   W.  Keith Watkins
                                UNITED STATES DISTRICT JUDGE