**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
TELEPHONE:
CLERK
334 954-3600

March 12, 2007

# NOTICE

TO:   ALL COUNSEL OF RECORD:

You are hereby notified that the jury list and jurors' profiles for the term of court beginning March 26, 2007 will be available at 3:30 p.m. on March 23, 2007, in the Jury Assembly Room (B-108), first floor, Frank M. Johnson, Jr. United States Courthouse Annex, One Church Street, Montgomery, Alabama. The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such. The information will now be provided in electronic media (disc) only. Counsel MUST return ALL discs to the Courtroom Deputy on the morning of jury selection.

The attached Juror Questionnaire Certification must be signed by counsel of record. If counsel designates an alternate person to obtain the juror profiles the designee must also sign the Juror Questionnaire Certification. The Juror Questionnaire Certification must be submitted to the Jury Administrator/Clerk's office at the time the juror profiles are obtained. (This document can be found on our website at www.almd.uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Susan S. DePaola<br>Plaintiff | )<br>)<br>) | |
| vs. | )<br>) | |
| | ) | Case No.   2:06cv893-WKW |
| V Restaurants, Inc, et al.<br>Defendants | )<br>) | |

## JUROR QUESTIONNAIRE CERTIFICATION

I, _____, counsel for _____, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _____
Printed Name of Counsel of Record:  _____
Date: _____

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires:  _____
Date: _____

NOTICE - ALL COUNSEL OF RECORD

**Civil Jury Term commencing March 26, 2007 before Judge W. Keith Watkins**

**Earnest Lee Arrington vs COI Gilmore, et al**
**Cv. No. 2:04cv159-WKW**

Earnest Lee Arrington            Billington Garrett
Pro Se Plaintiff

**Top Notch Consulting vs. Universal City, LLC, et al.**
**Cv. No. 2:05cv996-WKW**

Mark Chambless                   Rick Trawick
                                 Jeffrey Smith

**Susan S. DePaola, et al. vs. V. Restaurants, et al.**
**Cv. No. 2:06cv893-WKW**

James Lewayne Day                Ben Bruner
Von George Memory                Daniel Hamm