IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUSAN S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> V RESTAURANTS, INC., an Alabama corporation, and VINCE SAELE, an individual, <br><br>     Defendants. | CASE NUMBER: 06-00893-WKW-SRW <br><br><br> Bankruptcy Case No. 05-32325 – Chapter 7, Bankruptcy Adv. Pro. No. 05-03062-WRS |

**NOTICE REGARDING MEDIATION**

Immediately following the pretrial conference (February 23, 2007, 2:00 PM), counsel for the Plaintiffs sent an email message, **Exhibit "A",** allowing Defendants' counsel to pick the mediator and requested a date and time for mediation. There has been no response to this email.

Respectfully submitted on this the 12th day of March 2007.

                                                                Memory & Day


                                                        By: /S/ James L. Day
                                                                James L. Day
                                                                ASB-1256-A55J

                                                                Von G. Memory
                                                                ASB-8137-071V

                                                                Attorneys for Plaintiffs


OF COUNSEL

Memory & Day
Post Office Box 4054
Montgomery, Alabama 36103-4054

Tel (334) 834-8000
Fax (334) 834-8001
Email   vgmemory@memorylegal.com
            jlday@memorylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☒ placing same in the United States Mail, postage prepaid, and properly addressed

☒ E-mail or ECF (Pursuant to Fed. R. Bankr. P. 9036)

☐ facsimile

☐ hand delivery

☐ delivered in open court

on March 12, 2007.

Daniel G . Hamm, Esq.
560 South McDonough St.
Montgomery, Alabama 36104

/S/ James L. Day
James L. Day

**From:** Von G. Memory [mailto:vgmemory@memorylegal.com]
**Sent:** Friday, February 23, 2007 3:13 PM
**To:** 'Hamm, Daniel G.'
**Subject:** SD v. V Restaurants et al

You pick the mediator and have him/her call me for a date and time.  VM

Von G. Memory
Memory & Day
P.O. Box 4054
Montgomery, AL 36103
(334) 834-8000
(334) 834-8001
vgmemory@memorylegal.com