# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| SUSAN S. DEPAOLA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF PHILIP L. GOODWYN AND SIMPLE PLEASURES, INC., | CASE NO.: 2:06-CV-00893-WKW |
| PLAINTIFFS, | (BANKRUPTCY CASE NO. 05-32325-CHAPTER 7) |
| V | |
| V. RESTAURANTS, INC., AND VINCE SAELE, | (BANKRUPTCY ADV. PRO. NO. 05-03062-WRS) |
| DEFENDANTS. | |

## DEFENDANT'S MEDIATION STATUS

**COMES NOW** the Defendant, V Restaurants, Inc and Vince Saele, and pursuant to this Honorable Court's recent Pre-Trial Order provides a status as to mediation efforts in the above styled matter by stating the following:

Following the pre-trial conference, wherein this Court encouraged mediation, the Plaintiff's contacted the Defendants to discuss the possibility of mediation. This discussion was against the backdrop of the Defendants' earlier efforts to settle the instant action. The Defendant, Vince Saele, is an individual involved in a small business and does not have the resources to make a settlement offer materially greater that in the past and required payments to a mediator would only impinge on any settlement offer. In fact, should a judgment of any consequence arise from this litigation, Defendant Vince Saele would most likely have to seek financial protection of some sort.

The Defendants note that the Pre-trial Order directed counsel to inform "chambers" of the progress of mediation and a call was placed earlier today to this Honorable Court's chambers and essentially the foregoing was conveyed.

**RESPECTFULLY SUBMITTED** this the 12th day of March, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V RESTAURANTS, INC AND VINCE SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Defendant's Mediation Status by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 12th day of March, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V
RESTAURANTS, INC AND VINCE
SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX           334-323-5666

Von Memory
James Day
469 S. McDonough Street
Montgomery, Alabama 36104