IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> V RESTAURANTS, INC., and VINCE SEALE, <br><br> Defendants. | Case No.  2:06-cv-00893-WKW <br><br> (Bankruptcy Case No. 05-32325-Chapter 7) <br><br> (Bankruptcy Adv. Pro. No. 05-03062-WRS) |

## **ORDER**

It is ORDERED that **on or before March 19, 2007**, the plaintiffs shall file a response to Defendants' Motion to Dismiss Fraud Count (Doc. # 30) and Defendants' Motion in Limine (Doc. # 34).

DONE this the 14th day of March, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE