# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| SUSAN S. DEPAOLA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF PHILIP L. GOODWYN AND SIMPLE PLEASURES, INC., | CASE NO.: 2:06-CV-00893-WKW |
| PLAINTIFFS, | (BANKRUPTCY CASE NO. 05-32325-CHAPTER 7) |
| V | |
| V. RESTAURANTS, INC., AND VINCE SAELE, | (BANKRUPTCY ADV. PRO. NO. 05-03062-WRS) |
| DEFENDANTS. | |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' NARRATIVE VOIR DIRE

**COME NOW** the defendants, V. Restaurants, Inc., and Vince Saele and moves this Honorable Court for an Order striking the Plaintiffs Narrative of the Case as listed on the Plaintiff's Proposed Voir Dire Questions by stating the following:

1. Plaintiffs filed their proposed voir dire questions which included a Narrative of the Case.

2. The narrative presented by the Plaintiffs is an argumentative opening statement and not fully stating the facts of the case.

3. It is the undersigned's experience that the Court normally provides a brief synopsis of the case merely to acquaint the jury with the nature of the case.

**WHEREFORE, THE PREMISES CONSIDERED**, Counsel for the Defendants pray that this Honorable Court will issue an order striking the narrative of the case as provided in the Plaintiffs Proposed Voir Dire Questions.

**RESPECTFULLY SUBMITTED** this the 23rd day of March, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V
RESTAURANTS, INC AND VINCE
SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Defendants' Motion to Strike Plaintiffs' Narrative Voir dire by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 23rd day of March, 2007.

/s/ Daniel G. Hamm
---
DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V
RESTAURANTS, INC AND VINCE
SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Von Memory
James Day
469 S. McDonough Street
Montgomery, Alabama 36104