IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SUSAN S. DEPAOLA, Chapter 7 Trustee | ) | |
| for the Bankruptcy Estate of Philip L. | ) | |
| Goodwyn, and SIMPLE PLEASURES, | ) | |
| INC., | ) | Case No.  2:06-cv-00893-WKW |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | (Bankruptcy Case No. 05-32325-Chapter 7) |
|     v. | ) | |
| | ) | (Bankruptcy Adv. Pro. No. 05-03062-WRS) |
| V RESTAURANTS, INC., and | ) | |
| VINCE SEALE, | ) | |
| | ) | |
|     Defendants. | ) | |

## __ORDER__

It is ORDERED that a status conference is scheduled for March 29, 2007, at 2:00 p.m, in

Courtroom E-200, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 26th day of March, 2007.


_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE