## NOTICE - ALL COUNSEL OF RECORD

**Civil Jury Term commencing March 26, 2007 before Judge W. Keith Watkins**

**Earnest Lee Arrington vs COI Gilmore, et al**
Cv. No. 2:04cv159-WKW

Earnest Lee Arrington                           Billington Garrett
Pro Se Plaintiff

**Top Notch Consulting vs. Universal City, LLC, et al.**
Cv. No. 2:05cv996-WKW

_____                     _____
Mark Chambless                                 Rick Trawick
                                               Jeffrey Smith

**Susan S. DePaola, et al. vs. V. Restaurants, et al.**
Cv. No. 2:06cv893-WKW

_Matthew F. Harrow for James L Day_            _[signature]_
James Lewayne Day                              Ben Bruner
Von George Memory                              Daniel Hamm

_Received CDs from attorneys on 3/26/07 for case 2:06 cv 893-WKW_

_[signature]_