IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUSAN S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC., <br><br>　　Plaintiffs, <br><br> v. <br><br> V RESTAURANTS, INC., an Alabama corporation, and VINCE SAELE, an individual, <br><br>　　Defendants. | Case Number: 06-00893-WKW-SRW <br><br><br> Bankruptcy Case No. 05-32325 – Chapter 7, Bankruptcy Adv. Pro. No. 05-03062-WRS |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**
**(SIMPLE PLEASURES, INC.)**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ There are no entities to be reported.

Respectfully submitted on March 27, 2007.

　　　　　　　　　　　　　　　　　　　　Memory & Day

　　　　　　　　　　　　　　　By:　/S/ James L. Day
　　　　　　　　　　　　　　　　　　James L. Day
　　　　　　　　　　　　　　　　　　ASB-1256-A55J

　　　　　　　　　　　　　　　　　　Von G. Memory
　　　　　　　　　　　　　　　　　　ASB-8137-071V

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

OF COUNSEL:

- 2 -

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☒ placing same in the United States Mail, postage prepaid, and properly addressed

☒ E-mail

☐ facsimile

☐ hand delivery

☐ delivered in open court

on March 27, 2007.

Daniel G . Hamm, Esq.
560 South McDonough St.
Montgomery, Alabama 36104

/S/James L. Day
James L. Day

- 2 -