**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 28, 2007

# NOTICE OF CORRECTION

From: Clerk's Office

Case Style:   Susan S. DePaola, et al. v. V Restaurants, Inc., et al.

Case Number: 2:06-cv-893-WKW

Pleading : #48 - Corporate/Conflict Disclosure Statement

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 3/27/2007 with the wrong pdf document attached.**

**The correct pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUSAN S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>V RESTAURANTS, INC., an Alabama corporation, and VINCE SAELE, an individual,<br><br>    Defendants. | Case Number: 06-00893-WKW-SRW<br><br><br><br>Bankruptcy Case No. 05-32325 – Chapter 7, Bankruptcy Adv. Pro. No. 05-03062-WRS |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**
**(SIMPLE PLEASURES, INC.)**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ There are no entities to be reported.

Respectfully submitted on March 27, 2007.

                Memory & Day

            By: /S/ James L. Day
               James L. Day
               ASB-1256-A55J

               Von G. Memory
               ASB-8137-071V

               Attorneys for Plaintiffs

OF COUNSEL:

- 2 -

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

 I hereby certify that I have this date served a copy of the foregoing document on the following, by:

 ☒ placing same in the United States Mail, postage prepaid, and properly addressed

 ☒ E-mail

 ☐ facsimile

 ☐ hand delivery

 ☐ delivered in open court

on March 27, 2007.

Daniel G . Hamm, Esq.
560 South McDonough St.
Montgomery, Alabama 36104

                 /S/James L. Day
                 James L. Day