# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **SUSAN S. DEPAOLA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF PHILIP L. GOODWYN AND SIMPLE PLEASURES, INC.,** | **CASE NO.: 2:06-CV-00893-WKW** |
| **PLAINTIFFS,** | **(BANKRUPTCY CASE NO. 05-32325-CHAPTER 7)** |
| V | |
| **V. RESTAURANTS, INC., AND VINCE SAELE,** | **(BANKRUPTCY ADV. PRO. NO. 05-03062-WRS)** |
| **DEFENDANTS.** | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT
## V. RESTAURANTS, INC.

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

   X    There are no entities to be reported.

**RESPECTFULLY SUBMITTED** this the 28th day of March, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V
RESTAURANTS, INC. & VINCE SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX           334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Corporate/Conflict Disclosure Statement V. Restaurants, Inc. by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 28th day of March, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS, V
RESTAURANTS, INC AND VINCE
SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Von Memory
James Day
469 S. McDonough Street
Montgomery, Alabama 36104