IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

**NOTE FROM THE JURY**

CASE NO: **2:06cv893-WKW**                    DATE : **4/2/07**

STYLE OF CASE:   **Susan DePaola, et al. Vs. V. Restaurants, et al.**

Do we need to add interest to the award or will the court compute that amount for us?

Ladies and Gentlemen of the Jury:
You calculate the interest per my instructions on page 6 of the jury charge.

Judge Watkins
4/3/07   5:35 P.M.

Cleta Kay Hanebuth
FOREPERSON