IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

### NOTE FROM THE JURY

CASE NO: **2:06cv893-WKW**                        DATE : 4/2/07

STYLE OF CASE:   Susan DePaola, et al. Vs. V. Restaurants, et al.

*Are we allowed to return compensatory damages of $0?*

*Ladies and Gentlemen of the Jury:*

*Yes.*

*Judge Watkins*
*4/3/07   5:28 pm*

_____
Cleta Kay Hanebutth
FOREPERSON