IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN S. DEPAOLA, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn, and SIMPLE PLEASURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> V RESTAURANTS, INC., and VINCE SAELE, <br><br> Defendants. | Case No. 2:06-cv-00893-WKW <br><br> (Bankruptcy Case No. 05-32325-Chapter 7) <br><br> (Bankruptcy Adv. Pro. No. 05-03062-WRS) |

## VERDICT FORM

We the jury find:

(1) On the **CONTRACT** claim:

☒ (a) for the plaintiff and against Defendant V Restaurants, Inc., and award **compensatory** damages of $_104,000_.

–or–

☐ (b) for the Defendant V Restaurants, Inc.

(2) On the **CONVERSION** claim:

(If you check (a), you may consider (b).)

☒ (a) for the plaintiff and against:

   ☒ (i) Defendant V Restaurants

   ☐ (ii) Defendant Vince Saele

and award **compensatory** damages against said defendant(s) in the amount of $ 0 .

☐ (b) (this damage award is optional and only available if the jury finds for the plaintiff in option (2)(a) above) that **punitive** damages are to be awarded in the amount of $_____.

–or–

☐ (c) for the defendants.

☐ (d) for the Defendant V Restaurants, Inc., only.

☐ (e) for the Defendant Vince Saele only.

(3) On the **UNJUST ENRICHMENT** claim (only available if the jury finds for the defendants on both the contract claim and conversion claim above):

☐ (a) for the plaintiff and against Defendant V Restaurants, Inc., and award damages of $_____.

☐ (b) for the Defendant V Restaurants, Inc.

–or–

☐ (4) For the defendants on all causes of action.

SO SAY WE ALL.

DONE this 3 day of April, 2007.

*Cleta Kay Harebuth*
FOREPERSON