IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Simple Pleasures, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2:06-cv-893-WKW |
| vs. | ) | |
| | ) | |
| V Restaurants, Inc., et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF JUDGMENT

I, Debra P. Hackett, Clerk of the U.S. District Court in and for the Middle District of Alabama, do hereby certify that in the United States District Court in and for the Middle District of Alabama, on the 6th day of April, 2007, Simple Pleasures, Inc., plaintiff, recovered of V Restaurants, Inc., defendant, judgment in the $104,000.00 and the sum of $ 2,884.91 for costs incurred in prosecuting this action.

That James L. Day and Von G. Memory, of the firm Memory and Day, PO Box 4054, Montgomery, AL 36103-4054 are the plaintiff attorneys of record and that Simple Pleasures, Inc. is the owner of said judgment.

WITNESS my hand and seal of office this the 23rd day of July, 2007.

Debra P. Hackett
Clerk, of the United States District Court
Middle District of Alabama

By: *Charlene Campbell*
Deputy Clerk