# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br>PHILLIP GOODWYN,<br>DEBTOR,<br><br>SIMPLE PLEASURES, INC.,<br>PLAINTIFF,<br><br>V.<br><br>V. RESTAURANTS, INC., AND<br>VINCE SAELE,<br>DEFENDANTS. | CIVIL CASE NUMBER<br>2:06-CV-893-WKW |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned Counsel for defendants, V Restaurants, Inc. and Vince Saele, and files his motion to withdraw as counsel by stating the following:

1. That defendant, V. Restaurant, Inc. is insolvent and on September 17, 2007 filed for protection under Chapter 11 of the bankruptcy code, Case Number 07-31404.

**WHEREFORE, THE PREMISES CONSIDERED**, the undersigned moves this Honorable Court for an Order allowing him to withdraw as counsel for the Defendants.

**RESPECTFULLY SUBMITTED** this the 21st day of September, 2007.

/s/ Daniel G. Hamm
─────────────────────────────
DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS,
V RESTAURANTS, INC AND VINCE
SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Withdraw by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 21st day of September, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR DEFENDANTS,
V RESTAURANTS, INC AND VINCE SAELE
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

| | |
|---|---|
| Von Memory | Vince Saele |
| James Day | V Restaurants, Inc. |
| 469 S. McDonough Street | 540 Vaughn Road |
| Montgomery, Alabama 36104 | Montgomery, Alabama 36116 |