# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **SIMPLE PLEASURES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-893-WKW |
| | ) |
| **V RESTAURANTS, INC., and** | ) |
| **VINCE SAELE,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Motion to Withdraw (Doc. # 64) filed on September 21, 2007, by Daniel G. Hamm, Esq., it is ORDERED that the motion is GRANTED.

DONE this 24th day of September, 2007.

                                             /s/ W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE